UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3-11-cr-136 |
| | ) | |
| v. | ) | JUDGE BROWN |
| | ) | |
| FORREST LEWIS | ) | |

## UNITED STATES' MOTION TO UNSEAL INDICTMENT

Comes now the United States and requests the Court unseal the Indictment in this case. Forrest Harris was arrested Thursday, July 21, 2011, and he should be served with a copy of the indictment.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney
Middle District of Tennessee

s/ *Sunny A.M. Koshy*
SUNNY A.M. KOSHY
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151



ORDER
Motion Granted
JOE B. BROWN
Magistrate Judge